| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __2/13/2026__ |

ISAIAS MARCOS CHOX AJTZALAM,

               Petitioner,

-against-

KENNETH GENALO, *in his official capacity as Field Office Director of New York, Immigration and Customs Enforcement*, KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*, and PAMELA BONDI, *in her official capacity as Attorney General*,

               Respondents.

1:26-cv-1214-MKV

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

       Petitioner, through counsel, has filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241 [ECF No. 1 ("Pet.")]. Petitioner, who is not seeking relief on an emergency basis, requests that the Court (1) direct the government to show cause why the writ should not be granted within three days and (2) set a hearing within five days of the return, citing 28 U.S.C. § 2243. Pet. at 12. However, the Court finds that the sparse, vague nature of the factual allegations in the Petition constitutes good cause to allow additional time for the parties to brief this matter and to delay scheduling any hearing. *See* 28 U.S.C. § 2243.

       Accordingly, IT IS HEREBY ORDERED that the U.S. Attorney's Office shall respond to the Petition by February 18, 2026. Petitioner shall file any reply papers by February 25, 2026.

       The Clerk of Court respectfully is requested to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

**SO ORDERED.**

**Date:  February 13, 2026**
       **New York, NY**

                                                 */s/ Mary Kay Vyskocil*
                                                 **MARY KAY VYSKOCIL**
                                                 **United States District Judge**