UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Isaias Marcos CHOX AJTZALAM,

    *Petitioner,*

v.

Kenneth GENALO, *et al.*,

    *Respondents.*

No. 1: 26-cv-01214-MKV

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2026
```

### [PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO RULE 41(a)(2)

WHEREAS the Petitioner in the above-captioned case has moved to dismiss his petition for a writ of habeas corpus, and the claims contained therein against Respondents, under Federal Rule of Civil Procedure 41(a)(2);

Now having reviewed Petitioner's Motion, Memorandum of Law in Support of His Motion, and all relevant submissions and arguments by the parties, the Court HEREBY **GRANTS** the motion and **ORDERS** the following:

1. That Petitioner's petition for a writ of habeas corpus and the claims contained therein against Respondents are hereby **DISMISSED, WITHOUT PREJUDICE,** pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED**.

Date: Feb. 27, 2026

*[signature: Mary Kay Vyskocil]*
Hon. United States District Judge
Mary Kay Vyskocil, U.S.D.J.

The Clerk of Court respectfully is requested to terminate all open motions and close this case.